**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTRAL REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>        Defendants.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, ,<br><br>        Counterclaimants,<br><br>   v.<br><br>ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>        Counterdefendants.. | Case No. 1:14-cv-00451-LJO-SKO<br><br>(Related to:<br>1:14-cv-00217-LJO-GSA;<br>1:12-cv-00244-LJO-GSA;<br>1:14-cv-00452-LJO-GSA;<br>1:14-cv-00601-LJO-SAB;<br>1:14-cv-00826-LJO-GSA;<br>1:14-cv-00992-LJO-BAM;<br>1:14-cv-01348-LJO-GSA;<br>1:14-cv-01384-LJO-GSA; and<br>1:14-cv-01450-LJO-GSA)<br><br>The Hon. Lawrence J. O'Neill<br><br>**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE ON TRAVELERS' MOTION TO DISMISS CENTEX'S COUNTERCLAIM** _____<br><br>Trial Date:    None |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**ORDER**

The Court HEREBY ORDERS the following dates and briefing schedule:

- November 7, 2014:  Last day for Travelers to file Motion to Dismiss Centex's Counterclaim;
- November 21, 2014:  Last day for Centex to file opposition to Motion to Dismiss Centex's Counterclaim;
- December 3, 2014:  Last day for Travelers to file reply to Centex's opposition to Motion to Dismiss Counterclaim; and
- December 16, 2014 at 8:30 a.m.:  Hearing date on Travelers' Motion to Dismiss Counterclaim.

IT IS SO ORDERED.

Dated:   **October 8, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE