# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **CENTEX HOMES, et al.,** <br><br> **Defendants.** | **1:14-cv-451-LJO-SKO** <br><br> **ORDER RE DEFENDANTS' VOLUNTARY DISMISSAL OF COUNTERCLAIMS (DOC. 30)** |

Based on Defendants' notice of voluntary dismissal of their counterclaims against Plaintiffs under Fed. R. Civ. P. 41(c)(1) (Doc. 34), this Court DISMISSES <u>without prejudice</u> Defendants' counterclaims (Doc. 30).

IT IS SO ORDERED.

   Dated:   **October 17, 2014**                          **/s/ Lawrence J. O'Neill**
                                                                                 UNITED STATES DISTRICT JUDGE